IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL DERENTZ | CRIMINAL ACTION NO. 15-418 |

## ORDER

**AND NOW,** this 16th day of June 2022, upon consideration of Defendant's *Pro Se* Motion for Compassionate Release [Doc. No. 45] and the related briefing, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Derentz's remaining term of imprisonment is reduced to time served and his period of supervised release is extended from five to ten years.

2. Derentz shall be released from the custody of the Bureau of Prisons as soon as his release plan is implemented, travel arrangements can be made, and he completes a 14-day quarantine at FCI Fort Dix (unless, in the BOP's determination, this is not necessary because Derentz has been vaccinated for COVID-19, is duplicative because he has already been effectively quarantined, or is not practical in light of the institution's resources). This order is stayed for up to 14 days to make appropriate travel arrangements and to ensure the defendant's safe release.

3. Upon release from custody, Derentz shall immediately begin serving the ten-year term of supervised release.

4. For the first 24 months of his term of supervised release, Derentz shall be placed on home confinement, subject to location monitoring, with the same conditions of

supervised release outlined in his original judgment, including all sex offender registration and treatment conditions previously imposed.

5. Derentz's two-year period of home confinement will be followed by the remaining eight years of supervised release subject to the same conditions of supervised release outlined in his original judgment, including all sex offender registration and treatment conditions previously imposed.

6. Within 72 hours of release, Derentz shall report to the Probation Office by telephone and shall abide by all other conditions of supervised release imposed by the Probation Office.

7. The Probation Office shall notify the Court if a release plan cannot be implemented by the time that the Bureau of Prisons is prepared to release the defendant pursuant to this Order.

It is so **ORDERED.**

**BY THE COURT:**

/s/ **Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**